O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2106 AHM (MANx)<br>EDCV 08-0603 AHM (MANx)√ | Date | June 23, 2008 |
|---|---|---|---|
| Title | VA RANCHO MIRAGE I, INC., *et al.* v. CITY OF RANCHO MIRAGE, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court hereby dismisses without prejudice the City of Rancho Mirage's action (EDCV 08-0603) and discharges the Order to Show Cause dated June 10, 2008.

:

Initials of Preparer   SMO

**Make JS-6**